UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| ANTON WOOD ROBERTS, | Case No. CV-16-158-BLG-TJC |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the decision denying DIB and SSI is AFFIRMED, and the Plaintiff's motion for summary judgment is DENIED.

Dated this 29th day of March, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Judith D. Rhoades
Judith D. Rhoades, Deputy Clerk