IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANTON WOOD ROBERTS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CV 16-158-BLG-TJC<br><br>**ORDER** |

The Court has received the Ninth Circuit's mandate in this case, reversing the Commissioner's determination and remanding for further action. Accordingly, IT IS ORDERED that this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Ninth Circuit's Memorandum decision of October 9, 2020. (Doc. No. 28.)

DATED this 1st day of December, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge