UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANTON WOOD ROBERTS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. CV-16-158-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Ninth Circuit's Memorandum decision of October 9, 2020. (Doc. No. 28.).

　　　Dated this 1st day of December 2020.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Heidi Gauthier
　　　　　　　　　　　　　　Heidi Gauthier, Deputy Clerk